# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHAN SUK KIM, ) | CHAPTER 7 |
| ) | CASE NO. 21-52662-LRC |
| Debtor. ) | |
| ) | |
| ) | |
| PRIORITY PAYMENT SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING |
| v. ) | CASE NO. 21-05112-LRC |
| ) | |
| CHAN SUK KIM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR REFERRAL TO MEDIATION

Chan Suk Kim (the "**Debtor**" or "**Defendant**") and Priority Payment Systems, LLC (the "**Plaintiff**"), by and through their undersigned counsel, jointly request that the Court appoint a Bankruptcy Judge to mediate the dispute between the parties. In support of this Request, the parties respectfully show the Court the following:

1.   The Debtor and the Plaintiff have agreed to submit this matter to mediation with a Bankruptcy Judge. The parties request the Court appoint the Honorable Mary Grace Diehl, Judge in the United States Bankruptcy Court, Northern District of Georgia.

**WHEREFORE** the Debtor and the Plaintiff request the appointment of Judge Diehl as mediator, and for such other relief as is just and proper.

[*Signatures of counsel on following page*]

Dated: July 5, 2023

| | |
|---|---|
| **ROUNTREE LEITMAN KLEIN & GEER, LLC**<br><br>/s/ Caitlyn Powers<br>William A. Rountree<br>Georgia Bar No. 616503<br>David S. Klein<br>Georgia Bar No. 183389<br>Caitlyn Powers<br>Georgia Bar No. 856354<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, Georgia 30329<br>(404) 584-1238 Telephone<br>wrountree@rlkglaw.com<br>dklein@rlkglaw.com<br>cpowers@rlkglaw.com<br>*Attorneys for the Debtor* | Consented to by:<br><br>**STANLEY, ESREY & BUCKLEY, LLP**<br><br>/s/ Greg Michell (signed by Caitlyn Powers with express permission)<br>Greg Michell<br>Georgia Bar No. 504053<br>Garrett E. Land<br>Georgia Bar No. 880750<br>Promenade, Suite 2400<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 835-6200<br>Facsimile: (404) 835-6221<br>Email: gmichell@seblaw.com<br>        gland@seblaw.com<br><br>-and-<br><br>**ARNALL GOLDEN GREGORY LLP**<br><br>/s/ Frank N. White (signed by Caitlyn Powers with express permission)<br>Frank N. White<br>Georgia Bar No. 753377<br>171 17th Street NW, Suite 2100<br>Atlanta, Georgia 30363-1031<br>Telephone: (404) 873-8744<br>Facsimile: (404) 873-8745<br>Email: frank.white@agg.com<br><br>-and-<br><br>**BLEVINS & HONG, PC**<br><br>/s/ Soo J. Hong (signed by Caitlyn Powers with express permission)<br>Soo J. Hong<br>Georgia Bar No. 129608<br>191 Roswell Street<br>Marietta, Georgia 30060<br>Telephone: (678) 354-2290<br>Facsimile: (678) 981-8413 |

Email: shong@cobbcountylaw.com
*Attorneys for Plaintiff Priority Payment Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I served the foregoing pleading on the following parties via the addresses listed below and via the Court's CM/ECF system, which generates an electronic copy thereof and delivers it to all parties registered to receive notices thereby, including the following:

- **Soo J. Hong**     bk@cobbcountylaw.com
- **Garrett E. Land**     gland@seblaw.com, njames@seblaw.com
- **David Gregory Michell**     gmichell@seblaw.com, njames@seblaw.com
- **Priority Payment Systems, LLC**     shong@cobbcountylaw.com
- **Frank N. White**     bkrfilings@agg.com, frank.white@agg.com

Dated: July 5, 2023                              ROUNTREE LEITMAN KLEIN & GEER, LLC

/s/ Caitlyn Powers
William A. Rountree, Ga. Bar No. 616503
David S. Klein, Ga. Bar No. 183389
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
(404) 584-1238 Telephone
(404) 581-5038 Facsimile
wrountree@rlkglaw.com
dklein@rlkglaw.com
cpowers@rlkglaw.com